No. 04-01-00179-CV



In re Thomas EGGLESTON, III



Original Mandamus Proceeding


Arising from the 186th District Court, Bexar County, Texas 


Trial Court No. 1998-CR-1821

Honorable Samuel Katz, Judge Presiding





PER CURIAM


Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: March 21, 2001


APPLICATION FOR WRIT OF MANDAMUS DENIED


 On March 7, 2001, relator filed an application for writ of mandamus. This court has
determined that relator is not entitled to the relief sought. Therefore, the application is DENIED.
Tex. R. App. P. 52.8(a).


 PER CURIAM

DO NOT PUBLISH